

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2020

No. 04-19-00801-CV

**IN THE MATTER OF THE GUARDIANSHIP OF CARLOS BENAVIDES JR., AN INCAPACITATED PERSON,**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2011PB6000081L2
Honorable Hugo Martinez, Judge Presiding

## O R D E R

Sitting:    Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

The original due date for appellant's brief is March 9, 2020. On March 4, 2020, appellant filed a motion requesting a thirty-day extension of time to file her brief and an immediate ruling on appellee's motion to dismiss this appeal.

Appellant's request for an extension of time to file her brief is GRANTED. Appellant's brief is therefore due on or before **April 8, 2020**.

On January 7, 2020, we issued an order carrying appellee's motion to dismiss with the appeal. Appellant's request for an immediate ruling on appellee's motion to dismiss this appeal is therefore DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court